IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD OLSEN,
    Plaintiff,

vs.                       Case No.: 3:13cv156/RV/EMT

NORTHRUP GRUMMAN SYSTEMS, CORP., et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2013 (doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants NGSC, NCG, and the NG Administrative Committee's Motion to Dismiss and Supplemental Motion to Dismiss the Amended Complaint (docs. 5, 17) are **GRANTED**, and the Amended Complaint (doc. 16) is **DISMISSED without prejudice** to Plaintiff's filing a second amended complaint asserting only a claim under § 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B).

3. Plaintiff's second amended complaint has now been filed.

**DONE AND ORDERED** this 22nd day of August, 2013.

                      /s/ *Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**